**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6186**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDWARD OTIS RUTLAND,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Charles E. Simons, Jr., Senior
District Judge.  (CR-91-132-5, CA-97-811-5)

———————

Submitted:  April 29, 1998          Decided:  May 18, 1998

———————

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert Gregg Levitt, Denver, Colorado, for Appellant.  Jane Barrett
Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Rutland, Nos. CR-91-132-5; CA-97-811-5 (D.S.C. Dec. 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2